**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: MARTINEZ, MARIA G.      §    Case No. 13-06942TAB
                                               §
                                               §
                                               §
                      Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 02/23/2013. The undersigned trustee was appointed on 02/23/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $     10,200.00

     Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 21.08 |
| Bank service fees | 358.22 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 9,820.70 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/25/2013 and the deadline for filing governmental claims was 08/22/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,770.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,770.00, for a total compensation of $1,770.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $14.46 for total expenses of $14.46[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/29/2017          By: /s/ Deborah Ebner
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 13-06942TAB
**Case Name:** MARTINEZ, MARIA G.
**For Period Ending:** 03/29/2017

**Trustee Name:** (330480) Deborah Ebner
**Date Filed (f) or Converted (c):** 02/23/2013 (f)
**§ 341(a) Meeting Date:** 04/01/2013
**Claims Bar Date:** 07/25/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate located at 1405 S. Scoville Ave., Berwyn, IL 60402 50% ownership with ex-husband, value per zillow.com<br>ASSET AMENDED - See Asset 18 | 78,485.00 | 0.00 | OA | 0.00 | FA |
| 2 | Checking account with Chase Bank 50% owned with | 20.00 | 0.00 | | 0.00 | FA |
| 3 | Savings Account with Chase 50% owned with boyfri | 105.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account with Bank of America 50% owned w | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Checking account with Citibank | 15.00 | 0.00 | | 0.00 | FA |
| 6 | Savings account with Citibank | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Checking account with Fifth Third Bank 50% owned | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Checking account with Fifth Third Bank 50% owned | 15.00 | 0.00 | | 0.00 | FA |
| 9 | Security deposit held with Maria Bueno | 950.00 | 0.00 | | 0.00 | FA |
| 10 | Miscellaneous household goods and furnishings 50 | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Necessary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 12 | Term life insurance with State Farm | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Child Support from ex-husband | 500.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

Case No.: 13-06942TAB  
Case Name: MARTINEZ, MARIA G.  
For Period Ending: 03/29/2017

Trustee Name: (330480) Deborah Ebner  
Date Filed (f) or Converted (c): 02/23/2013 (f)  
§ 341(a) Meeting Date: 04/01/2013  
Claims Bar Date: 07/25/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | 2011 tax refund spent on necessary expenses | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 2012 Chevy Malibu with approximately 27,000 mile | 12,560.00 | 0.00 | | 0.00 | FA |
| 16 | 2010 Nissan Altima with approximately 76,400 mil | 9,053.00 | 0.00 | | 0.00 | FA |
| 17 | Buyout of interest transfered in real estate (u) | 0.00 | 10,000.00 | | 10,200.00 | FA |
| 18* | VOID: See Asset #1. Ths asset was added in error.<br>cross reference asset #1 (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 18 | **Assets    Totals    (Excluding unknown values)** | **$102,553.00** | **$10,000.00** | | **$10,200.00** | **$0.00** |

RE PROP# 18    cross reference asset #1

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 3

| | |
|---|---|
| **Case No.:** 13-06942TAB | **Trustee Name:** (330480) Deborah Ebner |
| **Case Name:** MARTINEZ, MARIA G. | **Date Filed (f) or Converted (c):** 02/23/2013 (f) |
| | **§ 341(a) Meeting Date:** 04/01/2013 |
| **For Period Ending:** 03/29/2017 | **Claims Bar Date:** 07/25/2013 |

**Major Activities Affecting Case Closing:**

> Trustee's attorney inadvertently failed to file documents that were prepared for settlement approval. Pleadings now filed and hearing scheduled for 1/4/17.

> Trustee has accepted payment plan for transfer back to estate of value of real estate transferred to non party ex spouse for no consideration. Receipts in lieu of fraudulent conveyance action. (No estate property to lien.)

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2018 | **Current Projected Date Of Final Report (TFR):** 03/28/2017 (Actual) |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit B
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-06942TAB | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | MARTINEZ, MARIA G. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3388 | Account #: | ******1066 Checking Account |
| For Period Ending: | 03/29/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/27/2014 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 300.00 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 290.00 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 280.00 |
| 07/16/2014 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 580.00 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 570.00 |
| 08/14/2014 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 870.00 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 860.00 |
| 09/15/2014 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 1,160.00 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,150.00 |
| 10/15/2014 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 1,450.00 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,440.00 |

{} Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)                                         ! - transaction has not been cleared

Exhibit B
Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-06942TAB | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | MARTINEZ, MARIA G. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3388 | Account #: | ******1066 Checking Account |
| For Period Ending: | 03/29/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/17/2014 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 1,740.00 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,730.00 |
| 12/15/2014 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 2,030.00 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,020.00 |
| 01/15/2015 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 2,320.00 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,310.00 |
| 02/11/2015 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #13-06942, Bond # 10BSBGR6291 | 2300-000 | | 1.29 | 2,308.71 |
| 02/16/2015 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 2,608.71 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,598.71 |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

Exhibit B
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-06942TAB | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | MARTINEZ, MARIA G. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3388 | Account #: | ******1066 Checking Account |
| For Period Ending: | 03/29/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/13/2015 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 2,898.71 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,888.71 |
| 04/14/2015 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 3,188.71 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,178.71 |
| 05/18/2015 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 3,478.71 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,468.71 |
| 06/15/2015 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 3,768.71 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,758.71 |
| 07/13/2015 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 4,058.71 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,048.71 |
| 08/17/2015 | {17} | Roberto Martinez | payment plan of $300 for 36 months | 1241-000 | 300.00 | | 4,348.71 |

{} Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)                                                          ! - transaction has not been cleared

|  | | | | | | Exhibit B |
|---|---|---|---|---|---|---:|
|  | | | | | | Page: 4 |

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-06942TAB | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | MARTINEZ, MARIA G. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3388 | Account #: | ******1066 Checking Account |
| For Period Ending: | 03/29/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,338.71 |
| 09/15/2015 | {17} | Roberto Martinez | payment plan of $300 for 36 months | 1241-000 | 300.00 |  | 4,638.71 |
| 09/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,628.71 |
| 10/24/2015 | {17} | Roberto Martinez | payment plan of $300 for 36 months | 1241-000 | 300.00 |  | 4,928.71 |
| 10/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,918.71 |
| 11/12/2015 | {17} | Roberto Martinez | payment plan of $300 for 36 months | 1241-000 | 300.00 |  | 5,218.71 |
| 11/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 5,208.71 |
| 12/11/2015 | {17} | Roberto Martinez | payment plan of $300 for 36 months | 1241-000 | 300.00 |  | 5,508.71 |
| 12/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 5,498.71 |
| 01/25/2016 | {17} | Roberto Martinez | payment plan of $300 for 36 months | 1241-000 | 300.00 |  | 5,798.71 |
| 01/29/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 5,788.71 |
| 02/15/2016 | 102 | Adams- Levine | Bond Premium for balances as of December 31, 2015 | 2300-000 |  | 4.77 | 5,783.94 |

{} Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                              ! - transaction has not been cleared

| | | Exhibit B |
|---|---|---|
| | | Page: 5 |

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-06942TAB | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | MARTINEZ, MARIA G. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3388 | Account #: | ******1066 Checking Account |
| For Period Ending: | 03/29/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/16/2016 | {17} | Roberto Martinez | payment plan of $300 for 36 months | 1241-000 | 300.00 | | 6,083.94 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,073.94 |
| 03/14/2016 | {17} | Roberto Martinez | payment of $300 for 36 months | 1241-000 | 300.00 | | 6,373.94 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,363.94 |
| 04/18/2016 | {17} | Roberto Martinez | payment of $300 for 36 months | 1241-000 | 300.00 | | 6,663.94 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,653.94 |
| 05/09/2016 | {17} | Roberto Martinez | payment of $300 for 36 months | 1241-000 | 300.00 | | 6,953.94 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,943.94 |
| 06/14/2016 | {17} | Roberto Martinez | payment of $300 for 36 months | 1241-000 | 300.00 | | 7,243.94 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.17 | 7,232.77 |
| 07/13/2016 | {17} | Roberto Martinez | payment of $300 for 36 months | 1241-000 | 300.00 | | 7,532.77 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.24 | 7,522.53 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.86 | 7,510.67 |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)            ! - transaction has not been cleared

Exhibit B
Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-06942TAB | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | MARTINEZ, MARIA G. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3388 | Account #: | ******1066 Checking Account |
| For Period Ending: | 03/29/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/13/2016 | {17} | Roberto Martinez | monthly installments for two months. | 1241-000 | 300.00 |  | 7,810.67 |
| 09/13/2016 | {17} | Roberto Martinez | payment plan of $300 for 36 months | 1241-000 | 300.00 |  | 8,110.67 |
| 09/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 11.23 | 8,099.44 |
| 10/10/2016 | {17} | Roberto Martinez | payment plan of $300 for 36 months | 1241-000 | 300.00 |  | 8,399.44 |
| 10/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 11.48 | 8,387.96 |
| 11/16/2016 | {17} | Roberto Martinez | Installment payment : $9,000.00 received after negotiation of this deposit. (Total due = $10,000.00) | 1241-000 | 300.00 |  | 8,687.96 |
| 11/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 13.02 | 8,674.94 |
| 12/14/2016 | {17} | Roberto Martinez | Payment re: real estate claim | 1241-000 | 300.00 |  | 8,974.94 |
| 12/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 12.65 | 8,962.29 |
| 01/11/2017 | {17} | Roberto Martinez | January 2017 payment | 1241-000 | 300.00 |  | 9,262.29 |
| 01/31/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 14.00 | 9,248.29 |
| 02/02/2017 | 103 | International Sureties, Ltd | Bond # 016073584 | 2300-000 |  | 15.02 | 9,233.27 |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)                                        ! - transaction has not been cleared

Exhibit B
Page: 7

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-06942TAB | | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|---|
| Case Name: | MARTINEZ, MARIA G. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3388 | | Account #: | ******1066 Checking Account |
| For Period Ending: | 03/29/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/14/2017 | {17} | Roberto Martinez | settlement payment | 1241-000 | 300.00 | | 9,533.27 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.57 | 9,520.70 |
| 03/21/2017 | {17} | Roberto Martinez | Final Payment | 1241-000 | 300.00 | | 9,820.70 |
| | | | **COLUMN TOTALS** | | 10,200.00 | 379.30 | $9,820.70 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,200.00 | 379.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,200.00** | **$379.30** | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

# Form 2

Exhibit B
Page: 8

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 13-06942TAB | **Trustee Name:** | Deborah Ebner (330480) | |
| **Case Name:** | MARTINEZ, MARIA G. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***3388 | **Account #:** | ******1066 Checking Account | |
| **For Period Ending:** | 03/29/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1066 Checking Account | $10,200.00 | $379.30 | $9,820.70 |
| | **$10,200.00** | **$379.30** | **$9,820.70** |

**UST Form 101-7-TFR (5/1/2011)**

Printed: 03/29/2017 8:33 AM

Page: 1

## Exhibit C

## Claims Proposed Distribution Register

**Case: 13-06942TAB MARTINEZ, MARIA G.**

**Case Balance:** $9,820.70     **Total Proposed Payment:** $9,820.70     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Abn Amro Mortgage/Citimortgage c/o Hauselman, Rappin & Olswa | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,820.70 |
| | Gmac Automotive Bank | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,820.70 |
| | Prnto Prstms | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,820.70 |
| | JOSHUA D. GREENE | Admin Ch. 7 | $2,775.50 | $2,775.50 | $0.00 | $2,775.50 | $2,775.50 | $7,045.20 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Arthur B. Levine Company | Admin Ch. 7 | $1.29 | $1.29 | $1.29 | $0.00 | $0.00 | $7,045.20 |
| | <2300-00 Bond Payments> | | | | | | | |
| | Deborah Ebner | Admin Ch. 7 | $1,770.00 | $1,770.00 | $0.00 | $1,770.00 | $1,770.00 | $5,275.20 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Deborah Ebner | Admin Ch. 7 | $14.46 | $14.46 | $0.00 | $14.46 | $14.46 | $5,260.74 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | Ally Financial | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,260.74 |
| | Bank Of America | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,260.74 |
| | Bank Of America | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,260.74 |
| | Bank Of America | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,260.74 |

Printed: 03/29/2017 8:33 AM                                                                                    Page: 2

# Exhibit C

## Claims Proposed Distribution Register

**Case: 13-06942TAB MARTINEZ, MARIA G.**

| **Case Balance:** | $9,820.70 | **Total Proposed Payment:** | $9,820.70 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Bank Of America | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,260.74 |
| | Bank Of America | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,260.74 |
| | Bank Of America | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,260.74 |
| | Chase Manhattan Mtge | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,260.74 |
| | Fifth Third Bank Fifth Third Bank Bankruptcy | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,260.74 |
| | Gecrb/tjx Cos | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,260.74 |
| | Gemb/oldnavydc | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,260.74 |
| | Hsbc Bank | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,260.74 |
| | Hsbc/carsn | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,260.74 |
| | Kohls/capone | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,260.74 |
| | Sams Club / GEMB | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,260.74 |
| | Sears/cbna | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,260.74 |
| | Sears/cbna | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,260.74 |
| | Target Credit Card (TC) C/O Financial & Retail Services | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,260.74 |

Printed: 03/29/2017 8:33 AM

Page: 3

# Exhibit C

## Claims Proposed Distribution Register

### Case: 13-06942TAB MARTINEZ, MARIA G.

**Case Balance:** $9,820.70  **Total Proposed Payment:** $9,820.70  **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Tnb-Visa (TV) / Target C/O Financial & Retail Services | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,260.74 |
| 1 | FIA CARD SERVICES, N.A. | Unsecured | $9,814.25 | $9,814.25 | $0.00 | $9,814.25 | $2,479.83 | $2,780.91 |
| 2 | FIA CARD SERVICES, N.A. | Unsecured | $5,792.10 | $5,792.10 | $0.00 | $5,792.10 | $1,463.53 | $1,317.38 |
| 3 | Atlas Acquisitions LLC Assignee of FIFTH THIRD BANK | Unsecured | $5,213.72 | $5,213.72 | $0.00 | $5,213.72 | $1,317.38 | $0.00 |
| | **Total for Case:** | **13-06942TAB** | $25,381.32 | $25,381.32 | $1.29 | $25,380.03 | $9,820.70 | |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 13-06942TAB
Case Name: MARIA G. MARTINEZ
Trustee Name: Deborah Ebner

**Balance on hand:** $ 9,820.70

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 9,820.70

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 1,770.00 | 0.00 | 1,770.00 |
| Trustee, Expenses - Deborah Ebner | 14.46 | 0.00 | 14.46 |
| Attorney for Trustee Fees - JOSHUA D. GREENE | 2,775.50 | 0.00 | 2,775.50 |
| Bond Payments - Arthur B. Levine Company | 1.29 | 1.29 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 4,559.96
Remaining balance: $ 5,260.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,260.74

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,260.74 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $20,820.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 9,814.25 | 0.00 | 2,479.83 |
| 2 | FIA CARD SERVICES, N.A. | 5,792.10 | 0.00 | 1,463.53 |
| 3 | Atlas Acquisitions LLC Assignee of FIFTH THIRD BANK | 5,213.72 | 0.00 | 1,317.38 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,260.74 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

    Total to be paid for subordinated claims:  $    0.00
    Remaining balance:  $    0.00

**UST Form 101-7-TFR(5/1/2011)**