**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| MARIA G. MARTINEZ., | ) | Case No. 13-06942 |
| Debtor. | ) | Honorable Timothy A. Barnes |

**AMENDED CERTIFICATE OF SERVICE**

TO:   ALL ECF REGISTRANTS; and by
      First Class Mail to All Parties listed on the Attached Mailing Matrix

I, Deborah K. Ebner, an attorney, state and certify that copies of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** set for hearing before the Honorable Timothy A. Barnes, on **MAY 16, 2017**, at **10:30 a.m.**, in Room 744, of the Dirksen Federal Building, 219 S. Dearborn St, Chicago IL ,were caused to be mailed to the persons listed on the attached Service List by depositing same in a U.S. Post Office Box this 18th day of April 2017, unless notice issued electronically by the Clerk of the Court.

                                                            /s/Deborah K. Ebner

Deborah K. Ebner (#6181615)
Law Office of Deborah Kanner Ebner
P.O. Box 929
Glenview IL 60025
(312) 922-3838

```
Label Matrix for local noticing          Atlas Acquisitions LLC                    CITIMORTGAGE, INC.
0752-1                                    294 Union St.                             c/o Codilis & Associates, P.C.
Case 13-06942                             Hackensack, NJ 07601-4303                 15W030 N. Frontage Road, Suite 100
Northern District of Illinois                                                       Burr Ridge, IL 60527-6921
Chicago
Mon Apr 17 16:45:10 CDT 2017

U.S. Bankruptcy Court                     Abn Amro Mortgage/Citimortgage            Ally Financial
Eastern Division                          c/o Hauselman, Rappin & Olswang           200 Renaissance Ctr
219 S Dearborn                            39 South LaSalle Street                   Detroit, MI 48243-1300
7th Floor                                 Chicago, IL 60603-1603
Chicago, IL 60604-1702


Atlas Acquisitions LLC                    (p)BANK OF AMERICA                        Chase Manhattan Mtge
Assignee of FIFTH THIRD BANK              PO BOX 982238                             3415 Vision Dr
294 Union St.                             EL PASO TX 79998-2238                     Columbus, OH 43219-6009
Hackensack, NJ 07601-4303


FIA CARD SERVICES, N.A.                   Fifth Third Bank                          Gecrb/tjx Cos
P O Box 982284                            Fifth Third Bank Bankruptcy Department,   Po Box 965015
El Paso, TX 79998-2284                    1830 East Paris Ave. Se                   Orlando, FL 32896-5015
                                          Grand Rapids, MI 49546-6253


Gemb/oldnavydc                            Gmac Automotive Bank                      Hsbc Bank
Attn: bankruptcy                          Po Box 130424                             Po Box 5253
Po Box 130104                             Roseville, MN 55113-0004                  Carol Stream, IL 60197-5253
Roswell, GA 30076


Hsbc/carsn                                Joel Gonzalez                             Kohls/capone
Po Box 5253                               5010 W. Schubert                          Po Box 3115
Carol Stream, IL 60197-5253               Chicago, IL 60639-1606                    Milwaukee, WI 53201-3115


(p)PRONTO FINANCE INC                     Sams Club / GEMB                          Sears/cbna
1900 E GOLF RD STE L-140                  Attention:  Bankruptcy Department         Po Box 6189
SCHAUMBURG IL 60173-5831                  Po Box 103104                             Sioux Falls, SD 57117-6189
                                          Roswell, GA 30076-9104


Sears/cbna                                Target Credit Card (TC)                   Tnb-Visa  (TV) / Target
Po Box 6282                               C/O Financial & Retail Services           C/O Financial & Retail Services
Sioux Falls, SD 57117-6282                Mailstop BT  P.O. Box 9475                Mailstop BV   P.O.Box 9475
                                          Minneapolis, MN 55440-9475                Minneapolis, MN 55440-9475


Deborah Kanner Ebner                      Maria G. Martinez                         Patrick S Layng
P. O. BOX 929                             5010 W. Schubert                          Office of the U.S. Trustee, Region 11
GLENVIEW, IL 60025-0929                   Chicago, IL 60639-1606                    219 S Dearborn St
                                                                                    Room 873
                                                                                    Chicago, IL 60604-2027


Valentin T Narvaez
Consumer Law Group, LLC
6232 N. Pulaski
Suite 200
Chicago, IL 60646-5132
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Po Box 982235
El Paso, TX 79998

Prnto Prstms
1750 Todd Farm Dri
Elgin, IL 60123

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

(d)CITIMORTGAGE, INC.
c/o Codilis & Associates, P.C.
15W030 N. Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

(u)Maria Beuno
Unknown

(u)Sarah Maxwell

End of Label Matrix
Mailable recipients    27
Bypassed recipients     4
Total                  31