**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: MARTINEZ, MARIA G. § Case No. 13-06942TAB
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Deborah Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $102,553.00 | Assets Exempt: | $19,305.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $5,260.74 | Claims Discharged Without Payment: | $46,807.33 |
| Total Expenses of Administration: | $4,939.26 | | |

3) Total gross receipts of $10,200.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,200.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $96,263.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $4,939.26 | $4,939.26 | $4,939.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $31,248.00 | $20,820.07 | $20,820.07 | $5,260.74 |
| **TOTAL DISBURSEMENTS** | $127,511.00 | $25,759.33 | $25,759.33 | $10,200.00 |

4) This case was originally filed under chapter 7 on 02/23/2013. The case was pending for 51 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/06/2017         By: /s/ Deborah Ebner
                                      Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Buyout of interest transfered in real estate | 1241-000 | $10,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,200.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Abn Amro Mortgage/Citimortgage c/o Hauselman, Rappin & Olswa | 4110-000 | $69,746.00 | NA | NA | NA |
| N/F | Gmac Automotive Bank | 4110-000 | $26,517.00 | NA | NA | NA |
| N/F | Prnto Prstms | 4110-000 | $0.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$96,263.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 2100-000 | NA | $1,770.00 | $1,770.00 | $1,770.00 |
| Trustee, Expenses - Deborah Ebner | 2200-000 | NA | $14.46 | $14.46 | $14.46 |
| Attorney for Trustee Fees - JOSHUA D. GREENE | 3110-000 | NA | $2,775.50 | $2,775.50 | $2,775.50 |
| Bond Payments - BOND | 2300-000 | NA | $19.79 | $19.79 | $19.79 |
| Bond Payments - Arthur B. Levine Company | 2300-000 | NA | $1.29 | $1.29 | $1.29 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $358.22 | $358.22 | $358.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$4,939.26** | **$4,939.26** | **$4,939.26** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 7100-000 | NA | $9,814.25 | $9,814.25 | $2,479.83 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | NA | $5,792.10 | $5,792.10 | $1,463.53 |
| 3 | Atlas Acquisitions LLC Assignee of FIFTH THIRD BANK | 7100-000 | NA | $5,213.72 | $5,213.72 | $1,317.38 |
| N/F | Ally Financial | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | $5,792.00 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | $9,951.00 | NA | NA | NA |
| N/F | Chase Manhattan Mtge | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Fifth Third Bank Fifth Third Bank Bankruptcy | 7100-000 | $5,213.00 | NA | NA | NA |
| N/F | Gecrb/tjx Cos | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gemb/oldnavydc | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hsbc Bank | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hsbc/carsn | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kohls/capone | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sams Club / GEMB | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Sears/cbna | 7100-000 | $10,292.00 | NA | NA | NA |
| N/F | Sears/cbna | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Target Credit Card (TC) C/O Financial & Retail Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tnb-Visa (TV) / Target C/O Financial & Retail Services | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$31,248.00** | **$20,820.07** | **$20,820.07** | **$5,260.74** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 13-06942TAB | Trustee Name: | (330480) Deborah Ebner |
| --- | --- | --- | --- |
| Case Name: | MARTINEZ, MARIA G. | Date Filed (f) or Converted (c): | 02/23/2013 (f) |
| | | § 341(a) Meeting Date: | 04/01/2013 |
| For Period Ending: | 06/06/2017 | Claims Bar Date: | 07/25/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Real Estate located at 1405 S. Scoville Ave., Berwyn, IL 60402 50% ownership with ex-husband, value per zillow.com<br>ASSET AMENDED - See Asset 18 | 78,485.00 | 0.00 | OA | 0.00 | FA |
| 2 | Checking account with Chase Bank 50% owned with | 20.00 | 0.00 | | 0.00 | FA |
| 3 | Savings Account with Chase 50% owned with boyfri | 105.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account with Bank of America 50% owned w | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Checking account with Citibank | 15.00 | 0.00 | | 0.00 | FA |
| 6 | Savings account with Citibank | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Checking account with Fifth Third Bank 50% owned | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Checking account with Fifth Third Bank 50% owned | 15.00 | 0.00 | | 0.00 | FA |
| 9 | Security deposit held with Maria Bueno | 950.00 | 0.00 | | 0.00 | FA |
| 10 | Miscellaneous household goods and furnishings 50 | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Necessary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 12 | Term life insurance with State Farm | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Child Support from ex-husband | 500.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 13-06942TAB | Trustee Name: | (330480) Deborah Ebner |
| Case Name: | MARTINEZ, MARIA G. | Date Filed (f) or Converted (c): | 02/23/2013 (f) |
| | | § 341(a) Meeting Date: | 04/01/2013 |
| For Period Ending: | 06/06/2017 | Claims Bar Date: | 07/25/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | 2011 tax refund spent on necessary expenses | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 2012 Chevy Malibu with approximately 27,000 mile | 12,560.00 | 0.00 | | 0.00 | FA |
| 16 | 2010 Nissan Altima with approximately 76,400 mil | 9,053.00 | 0.00 | | 0.00 | FA |
| 17 | Buyout of interest transfered in real estate (u) | 0.00 | 10,000.00 | | 10,200.00 | FA |
| 18* | VOID: See Asset #1. Ths asset was added in error.<br>cross reference asset #1 (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 18 | **Assets      Totals     (Excluding unknown values)** | **$102,553.00** | **$10,000.00** | | **$10,200.00** | **$0.00** |

RE PROP# 18    cross reference asset #1

---

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 13-06942TAB  
**Case Name:** MARTINEZ, MARIA G.  

**For Period Ending:** 06/06/2017

**Trustee Name:** (330480) Deborah Ebner  
**Date Filed (f) or Converted (c):** 02/23/2013 (f)  
**§ 341(a) Meeting Date:** 04/01/2013  
**Claims Bar Date:** 07/25/2013

**Major Activities Affecting Case Closing:**

Trustee's attorney inadvertently failed to file documents that were prepared for settlement approval. Pleadings now filed and hearing scheduled for 1/4/17.

Trustee has accepted payment plan for transfer back to estate of value of real estate transferred to non party ex spouse for no consideration. Receipts in lieu of fraudulent conveyance action. (No estate property to lien.)

**Initial Projected Date Of Final Report (TFR):**   12/31/2018    **Current Projected Date Of Final Report (TFR):**   03/29/2017 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-06942TAB | | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|---|
| Case Name: | MARTINEZ, MARIA G. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3388 | | Account #: | ******1066 Checking Account |
| For Period Ending: | 06/06/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/27/2014 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 300.00 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 290.00 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 280.00 |
| 07/16/2014 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 580.00 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 570.00 |
| 08/14/2014 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 870.00 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 860.00 |
| 09/15/2014 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 1,160.00 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,150.00 |
| 10/15/2014 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 1,450.00 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,440.00 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-06942TAB | | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|---|
| Case Name: | MARTINEZ, MARIA G. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3388 | | Account #: | ******1066 Checking Account |
| For Period Ending: | 06/06/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/17/2014 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 1,740.00 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,730.00 |
| 12/15/2014 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 2,030.00 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,020.00 |
| 01/15/2015 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 2,320.00 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,310.00 |
| 02/11/2015 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #13-06942, Bond # 10BSBGR6291 | 2300-000 | | 1.29 | 2,308.71 |
| 02/16/2015 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 2,608.71 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,598.71 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 13-06942TAB | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | MARTINEZ, MARIA G. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3388 | Account #: | ******1066 Checking Account |
| For Period Ending: | 06/06/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/13/2015 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 2,898.71 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,888.71 |
| 04/14/2015 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 3,188.71 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,178.71 |
| 05/18/2015 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 3,478.71 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,468.71 |
| 06/15/2015 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 3,768.71 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,758.71 |
| 07/13/2015 | {17} | Roberto Martinez | Payment plan $300.00 per month for 36 months | 1241-000 | 300.00 | | 4,058.71 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,048.71 |
| 08/17/2015 | {17} | Roberto Martinez | payment plan of $300 for 36 months | 1241-000 | 300.00 | | 4,348.71 |

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                                                       ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| | | |
|---|---|---|
| Case No.: | 13-06942TAB | |
| Case Name: | MARTINEZ, MARIA G. | |
| Taxpayer ID #: | **-***3388 | |
| For Period Ending: | 06/06/2017 | |

| | | |
|---|---|---|
| Trustee Name: | Deborah Ebner (330480) | |
| Bank Name: | Rabobank, N.A. | |
| Account #: | ******1066 Checking Account | |
| Blanket Bond (per case limit): | $5,000,000.00 | |
| Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,338.71 |
| 09/15/2015 | {17} | Roberto Martinez | payment plan of $300 for 36 months | 1241-000 | 300.00 | | 4,638.71 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,628.71 |
| 10/24/2015 | {17} | Roberto Martinez | payment plan of $300 for 36 months | 1241-000 | 300.00 | | 4,928.71 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,918.71 |
| 11/12/2015 | {17} | Roberto Martinez | payment plan of $300 for 36 months | 1241-000 | 300.00 | | 5,218.71 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,208.71 |
| 12/11/2015 | {17} | Roberto Martinez | payment plan of $300 for 36 months | 1241-000 | 300.00 | | 5,508.71 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,498.71 |
| 01/25/2016 | {17} | Roberto Martinez | payment plan of $300 for 36 months | 1241-000 | 300.00 | | 5,798.71 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,788.71 |
| 02/15/2016 | 102 | Adams- Levine | Bond Premium for balances as of December 31, 2015 | 2300-000 | | 4.77 | 5,783.94 |

{} Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                                              ! - transaction has not been cleared

Exhibit 9
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-06942TAB | | Trustee Name: | Deborah Ebner (330480) |
| --- | --- | --- | --- | --- |
| Case Name: | MARTINEZ, MARIA G. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3388 | | Account #: | ******1066 Checking Account |
| For Period Ending: | 06/06/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/16/2016 | {17} | Roberto Martinez | payment plan of $300 for 36 months | 1241-000 | 300.00 | | 6,083.94 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,073.94 |
| 03/14/2016 | {17} | Roberto Martinez | payment of $300 for 36 months | 1241-000 | 300.00 | | 6,373.94 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,363.94 |
| 04/18/2016 | {17} | Roberto Martinez | payment of $300 for 36 months | 1241-000 | 300.00 | | 6,663.94 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,653.94 |
| 05/09/2016 | {17} | Roberto Martinez | payment of $300 for 36 months | 1241-000 | 300.00 | | 6,953.94 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,943.94 |
| 06/14/2016 | {17} | Roberto Martinez | payment of $300 for 36 months | 1241-000 | 300.00 | | 7,243.94 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.17 | 7,232.77 |
| 07/13/2016 | {17} | Roberto Martinez | payment of $300 for 36 months | 1241-000 | 300.00 | | 7,532.77 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.24 | 7,522.53 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.86 | 7,510.67 |

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 6

| Case No.: | 13-06942TAB | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | MARTINEZ, MARIA G. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3388 | Account #: | ******1066 Checking Account |
| For Period Ending: | 06/06/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/13/2016 | {17} | Roberto Martinez | monthly installments for two months. | 1241-000 | 300.00 | | 7,810.67 |
| 09/13/2016 | {17} | Roberto Martinez | payment plan of $300 for 36 months | 1241-000 | 300.00 | | 8,110.67 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.23 | 8,099.44 |
| 10/10/2016 | {17} | Roberto Martinez | payment plan of $300 for 36 months | 1241-000 | 300.00 | | 8,399.44 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.48 | 8,387.96 |
| 11/16/2016 | {17} | Roberto Martinez | Installment payment : $9,000.00 received after negotiation of this deposit. (Total due = $10,000.00) | 1241-000 | 300.00 | | 8,687.96 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.02 | 8,674.94 |
| 12/14/2016 | {17} | Roberto Martinez | Payment re: real estate claim | 1241-000 | 300.00 | | 8,974.94 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.65 | 8,962.29 |
| 01/11/2017 | {17} | Roberto Martinez | January 2017 payment | 1241-000 | 300.00 | | 9,262.29 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.00 | 9,248.29 |
| 02/02/2017 | 103 | International Sureties, Ltd | Bond # 016073584 | 2300-000 | | 15.02 | 9,233.27 |

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9
Page: 7

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-06942TAB | | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|---|
| Case Name: | MARTINEZ, MARIA G. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3388 | | Account #: | ******1066 Checking Account |
| For Period Ending: | 06/06/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/14/2017 | {17} | Roberto Martinez | settlement payment | 1241-000 | 300.00 | | 9,533.27 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.57 | 9,520.70 |
| 03/21/2017 | {17} | Roberto Martinez | Final Payment | 1241-000 | 300.00 | | 9,820.70 |
| 05/16/2017 | 104 | JOSHUA D. GREENE | Distribution payment - Dividend paid at 100.00% of $2,775.50; Claim # ADMIN; Filed: $2,775.50 | 3110-000 | | 2,775.50 | 7,045.20 |
| 05/16/2017 | 105 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $1,770.00; Claim # FEE; Filed: $1,770.00 | 2100-000 | | 1,770.00 | 5,275.20 |
| 05/16/2017 | 106 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $14.46; Claim # TE; Filed: $14.46 | 2200-000 | | 14.46 | 5,260.74 |
| 05/16/2017 | 107 | FIA CARD SERVICES, N.A. | Distribution payment - Dividend paid at 25.27% of $9,814.25; Claim # 1; Filed: $9,814.25 | 7100-000 | | 2,479.83 | 2,780.91 |
| 05/16/2017 | 108 | FIA CARD SERVICES, N.A. | Distribution payment - Dividend paid at 25.27% of $5,792.10; Claim # 2; Filed: $5,792.10 | 7100-000 | | 1,463.53 | 1,317.38 |

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

Exhibit 9

Page: 8

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-06942TAB | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | MARTINEZ, MARIA G. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3388 | Account #: | ******1066 Checking Account |
| For Period Ending: | 06/06/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/16/2017 | 109 | Atlas Acquisitions LLC Assignee of FIFTH THIRD BANK | Distribution payment - Dividend paid at 25.27% of $5,213.72; Claim # 3; Filed: $5,213.72 | 7100-000 |  | 1,317.38 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,200.00 | 10,200.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 |
| Subtotal | 10,200.00 | 10,200.00 |
| Less: Payments to Debtors |  | 0.00 |
| NET Receipts / Disbursements | $10,200.00 | $10,200.00 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                                                    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 9

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 13-06942TAB | **Trustee Name:** | Deborah Ebner (330480) | |
| **Case Name:** | MARTINEZ, MARIA G. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***3388 | **Account #:** | ******1066 Checking Account | |
| **For Period Ending:** | 06/06/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******1066 Checking Account | $10,200.00 | $10,200.00 | $0.00 |
| | $10,200.00 | $10,200.00 | $0.00 |

**UST Form 101-7-TDR (10 /1/2010)**